IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN KOZLOWSKI,

    Plaintiff,

v.

RANDALL HEPP, et al.,

    Defendants.

ORDER

Case No. 19-cv-302-jdp

On April 17, 2019, I entered an order giving plaintiff Stephen Kozlowski until May 8, 2019 to either submit the $400 filing fee or a motion for leave to proceed without prepayment of the filing fee in the above case. Dkt. 2. On May 1 the court received payment of the $400 fee from plaintiff for filing this case. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Stephen Kozlowski's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

Entered this 1st day of May, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge